Order Regarding Motion for Sentence Reduction (Modified AO 247)

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

FILED
MAR 11 2009
DAVID
By R. Capps

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 4:99CR00060-B |
| | ) | USM No. 11066-042 |
| Marcus Brown | ) | |
| | ) | |
| | ) | |
| Date of Previous Judgment: January 11, 2000 | ) | Defendant's Attorney: Federal Public Defender N.D. |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon agreed motion of [X] the defendant, [X] the U.S. Attorney, [ ] the Director of the Bureau of Prisons, [ ] the court, under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 262 months **is reduced to 210 months,**

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
|---|---|---|---|
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 262-327 months | Amended Guideline Range: | 210-262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE (Prior to any departures)

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

### III. ADDITIONAL COMMENTS:
This order becomes effective on the date(s) listed below. If the sentence imposed is less than the term already served, the sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated January 11, 2000 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3/11/09

Effective Date: 3/21/09
(if different from order date)

Neal Biggers
U.S. District Court Judge